# EXHIBIT B

**Randall Seymour**
**Transactions in Glencore Plc (GLNCF) (GLNCY) Securities**
**Class Period: September 30, 2016 through July 2, 2018, inclusive**

| | |
|---|---:|
| Gross Shares Purchased | 8,000 |
| Net Retained Shares | 8,000 |
| Total Retained Cost | 45,600 |
| Losses | $ 11,930.91 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 1/25/2018 | B | 8,000 | 5.7000 | 45,600.00 |
| 8/2/2018 | B | (8,000) | 4.1000 | (33,669.09) * |

*The "Cost/Proceeds" column is the greater of the price sold or the "mean trading price" per the limitation on damages pursuant to 15 U.S.C. §78u-4(e).