

**The Rosen Law Firm**

I N V E S T O R   C O U N S E L

Laurence Rosen, Esq.
lrosen@rosenlegal.com

June 19, 2019

<u>**VIA ECF**</u>
The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:     *Church VI v. Glencore PLC, et al.*, No. 2:18-cv-11477-SDW-CLW

Dear Judge Wigenton:

My firm initiated the above-referenced action (Dkt. No. 1) and filed a motion for appointment of Daniel Lowman to be lead plaintiff and approval of my firm to be lead counsel. (Dkt. No. 9). We write in response to the Notice Of Call For Dismissal Pursuant to Fed. R. Civ. P. 4(m) entered on June 11, 2019. (Dkt. No. 21).

Mr. Lowman withdrew his motion, recognizing that he did not have the largest financial interest, and on December 13, 2018 the Court appointed Randall Seymour as Lead Plaintiff and Levi & Korsinsky, LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") (Dkt. Nos. 17, 18). As Lead Plaintiff and Lead Counsel under the PSLRA, it is their obligation to advance the case. *See, In re Milestone Sci. Sec. Litig.*, 187 F.R.D. 165, 176 (D.N.J. 1999) ("the lead plaintiff has significant responsibilities and duties, including the management of the direction of the case"); *In re Zynga Inc. Sec. Litig.*, No. C 12-04007 JSW, 2013 WL 257161, at *3 (N.D. Cal. Jan. 23, 2013) (lead counsel "shall manage the prosecution of this litigation").

If Mr. Seymour and his counsel are unable or unwilling to proceed, Mr. Lowman and my firm stand ready and willing to pursue this litigation if needed.

If the Court has any additional questions, Counsel is prepared to address them.

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*
Laurence M.  Rosen
*Counsel for Plaintiff Daniel Lowman*

1