<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HENRY CHURCH VI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>GLENCORE PLC, *et al.*,<br><br>        Defendants. | Civil Action No. 18-11477 (SDW) (CLW)<br><br>**ORDER**<br><br>July 31, 2020 |

**WIGENTON,** District Judge.

      This matter, having come before this Court on Defendants' Glencore PLC, Ivan Glasenberg, and Steven Kalmin's ("Defendants") Motion to Dismiss the Amended Putative Class Action Complaint for lack of personal jurisdiction, forum non conveniens, and for failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated July 31, 2020,

      **IT IS** on this 31st day of July, 2020

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

                                            /s/ Susan D. Wigenton
                                            **SUSAN D. WIGENTON, U.S.D.J.**

| | |
|---|---|
| Orig: | Clerk |
| cc: | Cathy L. Waldor, U.S.M.J. |
| | Parties |